AO 440 (Rev. 12/09) Summons in a Civil Action

*iss. by SPS*
~~RECEIVED~~

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

2010 APR 14 ℙ 3: 08

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Mars, Incorporated | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:10-cv-366-CMH-IDD |
| NATUREX S.A., NATUREX, INC., NUTRACEUTICAL CORP., LIFE EXTENSION FOUNDATION, INC., and LIFE EXTENSION FOUNDATION BUYERS CLUB | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NATUREX S.A.
Site d'Agroparc - BP 1218
84911 AVIGNON cedex 9
France

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Blair M. Jacobs, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, DC  20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Mars, Incorporated | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:10-cv-366-CMH-IDD |
| NATUREX S.A., NATUREX, INC., NUTRACEUTICAL CORP., | ) | |
| LIFE EXTENSION FOUNDATION, INC., and LIFE EXTENSION | ) | |
| FOUNDATION BUYERS CLUB | ) | |
| *Defendant* | ) | |

2010 APR 14  P 3: 09

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NATUREX, INC.
c/o California, IN (Registered Agent)
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA  95833-3503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Blair M. Jacobs, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

RECEIVED

| Mars, Incorporated | ) | 2010 APR 14 P 3: 04 |
|---|---|---|
| _____ | ) | CLERK US DISTRICT COURT |
| *Plaintiff* | ) | ALEXANDRIA, VIRGINIA |
| v. | ) | Civil Action No.   1:10-cv-366-CMH-IDD |
| NATUREX S.A., NATUREX, INC., NUTRACEUTICAL CORP., | ) | |
| LIFE EXTENSION FOUNDATION, INC., and LIFE EXTENSION | ) | |
| FOUNDATION BUYERS CLUB | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LIFE EXTENSION FOUNDATION, INC.
        *Serve:*  CT Corporation System (Registered Agent)
            1200 S. Pine Island Road
            Plantation, FL  33324-4413

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Blair M. Jacobs, Esq.
                McDermott Will & Emery, LLP
                600 13th Street, N.W.
                Washington, DC  20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

2010 APR 14 ⊓ 2: 59

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Mars, Incorporated | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-cv-366-CMH-IDD |
| NATUREX S.A., NATUREX, INC., NUTRACEUTICAL CORP., LIFE EXTENSION FOUNDATION, INC., and LIFE EXTENSION FOUNDATION BUYERS CLUB | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIFE EXTENSION FOUNDATION BUYERS CLUB
     *Serve:*   CT Corporation System (Registered Agent)
                      1200 S. Pine Island Road
                      Plantation, FL 33324-4413

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Blair M. Jacobs, Esq.
                                  McDermott Will & Emery, LLP
                                  600 13th Street, N.W.
                                  Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____

                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Virginia

| | | |
|---|---|---|
| Mars, Incorporated | ) | **2010 APR 14  P 3: 09** |
| | ) | |
| *Plaintiff* | ) | CLERK US DISTRICT COURT |
| | ) | ALEXANDRIA, VIRGINIA |
| v. | ) | Civil Action No.   1:10-cv-366-CMH-IDD |
| NATUREX S.A., NATUREX, INC., NUTRACEUTICAL CORP., | ) | |
| LIFE EXTENSION FOUNDATION, INC., and LIFE EXTENSION | ) | |
| FOUNDATION BUYERS CLUB | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NUTRACEUTICAL CORP.
           Serve: c/o California, IN (Registered Agent)
           2730 Gateway Oaks Drive, Suite 100
           Sacramento, CA  95833-3503

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Blair M. Jacobs, Esq.
                                 McDermott Will & Emery, LLP
                                 600 13th Street, N.W.
                                 Washington, DC  20005

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                *CLERK OF COURT*

Date: _____           _____
                                       *Signature of Clerk or Deputy Clerk*