# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Christina A. Ondrick
Associate
condrick@mwe.com
+1 202 756 8384

April 14, 2010

**VIA MESSENGER**

Fernando Galindo, Clerk
United States District Court - Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:  *Mars, Inc. v. Naturex S.A. et. al.*
     Civil Action No. 1:10cv366

Dear Mr. Galindo:

    Please be advised that Plaintiff Mars, Inc. will be using a process server to effectuate service of the Complaint.

Sincerely,

Christina A. Ondrick

U.S. practice conducted through McDermott Will & Emery LLP.
600 Thirteenth Street, N.W.  Washington, D.C.  20005-3096  Telephone: 202.756.8000  Facsimile: 202.756.8087  www.mwe.com
WDC99 1858979-1.002227.0129